Case No. 13-5353, Aron Dibacco, et al., v. United States Army, et al. This is a S.A.R. for the appellant, Mr. Haynes for the affiliate.
judges: Garland, Rogers, Millett